IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 6:08-00172

HEIDI C. LAUGHERY,
    also known as,
        "Heidi Ditchendorf" and
        "Heidi Caroline"
JAMES LARRY HYMER
R. SCOTT TRUSLOW
MENTORGEN, LLC

**ORDER**

        At the pretrial hearing held on February 9, 2009, counsel for the defendant Heidi C. Laughery made an oral motion to transfer the trial of this case for the convenience of the parties from the Parkersburg Division to the Huntington Division within this District. The Government does not object to the transfer. Likewise, counsel for Ms. Laughery's co-defendant James Larry Hymer has informed the Court that he does not object to the transfer.[1] Accordingly, "with due regard for the convenience of the defendant[s] and the witnesses, and the prompt administration of justice,"[2] the Court **GRANTS** the motion and **TRANSFERS** the trial of this matter from Parkersburg to Huntington. The Court will utilize the Huntington jury pool for the trial.

---

[1] The other defendants, R. Scott Truslow and Mentorgen, LLC, pled guilty and are awaiting sentencing.

[2] *Fed. R. Crim. P.* 18.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the U.S. Attorney's Office, the U.S. Probation Office, and the U.S. Marshals' Service.

ENTER:      February 11, 2009

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE