```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR004147
Cashier ID: gberger
Transaction Date: 07/06/2012
Payer Name: RANDOLPH S TRUSLOW
------------------------------------
CRIMINAL DEBT
 For: R SCOTT TRUSLOW
 Case/Party: D-WVS-6-08-CR-000172-003
 Amount:         $200.00
------------------------------------
CHECK
 Check/Money Order Num: 38437155
 Amt Tendered:   $200.00
------------------------------------
Total Due:       $200.00
Total Tendered:  $200.00
Change Amt:      $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $3 fee will
be charged for a returned check.
```